# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    NICHOLAS JOSEPH RIVELLI<br>        Debtor(s)<br>    NEWREZ LLC D/B/A SHELLPOINT<br>    MORTGAGE SERVICING<br>        Movant<br>    v.<br>    NICHOLAS JOSEPH RIVELLI<br>        Debtor(s)<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 24-10290-pmm |

## ORDER

AND NOW, this __25th__ day of __April__, 2024, upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing (and any assignee/successor-in-interest) is granted In Rem relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 20 HICKORY DRIVE, #B1, HORSHAM, PA 19044.

FURTHER ORDERED and DECREED the automatic stay under 11 USC §362 with regard to the Property (and Debtor) shall not arise as to Movant, in this Bankruptcy or any other Bankruptcy filed within 180 days from the date the instant case is either dismissed or otherwise terminated; and it is

FURTHER ORDERED and DECREED that Movant may record this Order in the same fashion as an interest or lien may be recorded under state law, pursuant to 11 USC §362(d)(4), and from the date of recording no automatic stay shall arise under any provision of the Bankruptcy Code as to Movant with regard to the Property and Debtor for a period of two years from the date of this Order; and it is

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*

Hon. Patricia M. Mayer

UNITED STATES BANKRUPTCY JUDGE